| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Nhan Ho<br>Special Agent: Matthew Hughes | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Scott James ROCKY

Case No. 25-mj-30276

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15, 2025 and May 1, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Matthew Hughes- FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 1, 2025

City and state: Detroit, Michigan

_____
Judge's signature

Hon Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request a arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Scott James Rocky** for violations of 18 U.S.C.

§§ 2252A(a)(2) (receipt and distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4.  The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Scott has violated the above offenses.

## PROBABLE CAUSE

5.  On April 29, 2025, I was signed into a BitTorrent Peer-to-Peer file sharing program[1] from an internet connected computer. Peer-to-Peer file sharing systems allow internet users to share electronic files, including images and videos, and its users are generally anonymous to each other.

6.  On April 29, 2025, I identified a computer using Internet Protocol (IP) address 24.127.34.100 (Subject Computer) as a potential download candidate

---

[1] BitTorrent is a peer-to-peer file sharing network.

because approximately 4141 files of investigative interest were observed. A file of investigative interest is defined as a file associated with keywords or hash values related to material consistent with the federal definition of child pornography.

7. After identifying the Subject Computer, I did additional research on IP address 24.127.34.100. Specifically, I searched for this IP address on an FBI undercover computer that monitors child pornography shared on Bit Torrent. By searching for IP address 24.127.34.100 on the undercover computer, I was able determine that on April 15, 2025, a computer using IP address 24.127.34.100 shared approximately 530 files with the undercover computer. The files downloaded from the computer using IP address 24.127.34.100 had file names consistent with names used for files containing child pornography. I was able to view these files and they contained images and videos that meet the federal definition of child pornography.

8. On April 29, 2025, I reviewed the 530 files downloaded from Subject Computer using IP address 24.127.34.100, and found many of the files appear to depict real minor children between the ages of four and ten years old engaged in sexually explicit conduct, including, but not limited to, the lascivious display of the genital or pubic area of any person. The images met the federal definition of child pornography.

9. One image downloaded from the Subject Computer, titled 000070, showed a collage of images depicting a prepubescent female between three and five years old. In the images, which are similar to thumbnails from a video file, the child's genitals are displayed to the camera. Other images depict an unidentified adult male engaging in vaginal penetration with the child. A second image, titled 000078, showed a collage of images that depicted a toddler aged female with her vagina exposed to the camera. In some of the images, adult fingers are inserted into the minor child's vagina.

10. On April 29, 2025, I reviewed a law enforcement sensitive database that indicated a device using IP address 24.127.34.100 had downloaded or made available for download the same files of interest on the BitTorrent network in approximately 500 instances between April 17, 2025 and April 19, 2025.

11. On April 29, 2025, I received the results from an administrative subpoena sent to Comcast for the dates and times the files of child pornography were downloaded. Based on the information provided by Comcast, during the relevant time period, IP address 24.127.34.100 was assigned to Scott Rocky, sjrocky@comcast.net, XXXX, Center Line, MI (Subject Premises).

12. On May 1, 2025, a federal search warrant was executed at the residence of Scott Rocky, which was the Subject Premises. A desktop computer was located at the residence and was manually reviewed before being seized.

13. I observed that the desktop computer had two applications known to law enforcement as peer-to-peer applications installed. The folder path the computer used to store the files received by the peer to peer applications was "C:/Users/Scott Rocky/ Downloads."

14. A review of the internet browsing history identified a file downloaded from the browsing application named "JB KITTY JAILBAIT VIDEOS JB PERISCOPE JK JAPANESE JULYJAILBAIT JAIL BAIT XXX KINDER DILDO KINDER FICKEN SPYCAM Torrent Download." The video could not be reviewed on the computer.

15. I used a translation tool and identified the phrase "Kinder Ficken" to be German. The translation for the phrase was "children fucking."

16. A resident at the search location stated that Rocky was the only person who used the computer.

17. An external hard drive found in a drawer near the computer was reviewed at the search location. Several animated pornography videos that appeared to depict children and teens engaged in sex acts were observed. Some of the videos were titled with incest themes.

## CONCLUSION

5.  Based on the foregoing, there is probable cause to believe Scott James Rocky has committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt and distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_Elizabeth A. Stafford_
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:   May 1, 2025