United States District Court
Eastern District of Michigan
Southern Division

United States of America,

                          Case No. 25-20354

v.

                          Hon. Terrence G. Berg

Scott Rocky,

         Defendant.

_____/

## STIPULATION TO CONTINUE SENTENCING HEARING

The parties, through their respective counsel, stipulate and agree that good cause exists to continue the sentencing hearing in this matter to May 21, 2026, at 3:00 p.m. The continuance is necessary to allow defense counsel sufficient time to consult with his client, prepare a sentencing memorandum, and prepare for the hearing.

**IT IS SO STIPULATED.**


s/ *Nhan Ho*                              s/ *Arthur Weiss*
Nhan Ho                                 Arthur Weiss
Assistant United States Attorney          Attorney for Defendant


Dated: March 31, 2026

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

Case No. 25-20354

v.

Hon. Terrence G. Berg

Scott Rocky,

Defendant.

_____/

## ORDER CONTINUING AND RESETTING SENTENCING HEARING

The Court, having been fully advised by the respective parties, states as follows:

**IT IS ORDERED** that the sentencing hearing currently scheduled in this matter is continued and reset to May 21, 2026, at 3:00 p.m.

**IT IS SO ORDERED.**

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Date Entered: March 31, 2026